**JOHN L. BURRIS ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Ben.Nisenbaum@johnburrislaw.com
James.Cook@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNETTA MCDANIELS, individually and as successors-in-interest to Decedent CELESTINE ALLEN, | CASE NO.: 2:16-cv-02007-WBS-DB |
| Plaintiff, | **ORDER** |
| vs. | |
| COUNTY OF SAN JOAQUIN, a municipal corporation; and DOES 1-50, inclusive, | |
| Defendants. | |

# ORDER

Pursuant to Plaintiff's request, the Status Conference is continued to March 27, 2017 at 1:30 P.M. A Joint Status Report shall be filed no later than March 13, 2017.

IT IS SO ORDERED.

Dated: December 30, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1