1  DANA A. SUNTAG (State Bar #125127)
   JOSHUA J. STEVENS (State Bar # 238105)
2  HERUM/CRABTREE/SUNTAG
3  A California Professional Corporation
   5757 Pacific Avenue, Suite 222
4  Stockton, California 95207
   Telephone:  (209) 472-7700
5  Facsimile:   (209) 472-7986
   dsuntag@herumcrabtree.com
6  jstevens@herumcrabtree.com

7
   Attorneys for Defendant
8  COUNTY OF SAN JOAQUIN

9  JOHN L. BURRIS ESQ., SBN 69888
   BEN NISENBAUM, ESQ., SBN 222173
10 JAMES COOK, ESQ., SBN 300212
11 LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
12 7677 Oakport Street, Suite 1120
   Oakland, California 94621
13 Telephone:  (510) 839-5200
   Facsimile: (510) 839-3882
14 John.Burris@johnburrislaw.com
   Ben.Nisenbaum@johnburrislaw.com
15 James.Cook@johnburrislaw.com

16
   Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| SYNETTA MCDANIELS, individually and as successors-in-interest to Decedent CELESTINE ALLEN,<br><br>Plaintiff,<br>vs.<br><br>COUNTY OF SAN JOAQUIN, a municipal corporation; and DOES 1-50, inclusive,<br><br>Defendants. | **CASE NO.: 2:16-cv-02007-WBS-DB**<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>[No hearing requested] |
|---|---|



1
STIPULATION AND ORDER FOR DISMISSAL

**RECITALS**

A.  On March 14, 2017, Plaintiff filed her operative Complaint, naming the County of San Joaquin as the sole Defendant. (ECF No. 16.)

B.  On March 27, 2017, the County of San Joaquin filed an answer to the Plaintiff's Complaint. (ECF No. 19.)

C.  The parties have settled, and Plaintiff now wishes to voluntarily dismiss the entire action, with prejudice, as part of her settlement with the County of San Joaquin.

**STIPULATION**

IT IS STIPULATED AND AGREED, by and between Plaintiff and the County of San Joaquin, through their undersigned counsel of record, that this entire action be dismissed with prejudice as to all Defendants, each party to bear their own fees and costs, including without limitation attorneys' fees, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Dated: July 9, 2018          LAW OFFICES OF JOHN L. BURRIS

                             By:  /s/ Benjamin Nisenbaum
                                  Benjamin Nisenbaum
                                  Attorneys for Plaintiff

Dated: July 9, 2018          HERUM\CRABTREE\SUNTAG
                             *A California Professional Corporation*

                             By:  /s/ Joshua J. Stevens
                                  JOSHUA J. STEVENS
                                  Attorneys for Defendants

**O R D E R**

IT IS SO ORDERED.

Dated: July 10, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

